## BURTON, ET AL. V. PIERCE.

(Decided Jan. 12, 1911.)

APPEAL from Birmingham City Court.

Heard before Hon. J. J. RAY.

J. S. KENNEDY, for appellant. W. K. TERRY, for appellee.

Per curiam. Affirmed on certificate.